# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WALTER DRUMMOND,**
**D.O.C. # M33531,**

    *Plaintiff*,

v.                          Case No.: 4:24cv519-WS/MAF

**RICKY DIXON, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING[1]
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed January 6, 2025. The magistrate judge recommends that Plaintiff's case be dismissed (1) pursuant to 28 U.S.C. § 1915(g) because Plaintiff is a "three-striker" who has not paid the required filing fee and whose complaint fails to make a colorable showing that he is in imminent danger of serious physical injury; and (2) as malicious pursuant to 28 U.S.C. § 1915(A) because Plaintiff affirmatively misrepresented his litigation history. Plaintiff has filed no objections to the report and recommendation.

---

[1] Judge Stafford is changing his status to inactive senior status. Ultimately, Judge Stafford's cases will be reassigned to other district judges. In the interim, as Chief Judge, I am covering his docket.

Having reviewed the record, the undersigned concludes that Plaintiff's complaint and this action must be dismissed as recommended by the magistrate judge. Accordingly, it is **ORDERED**:

1. The magistrate judge's report and recommendation (ECF No. 6) is hereby **ADOPTED** and incorporated by reference into this order.

2. Plaintiff's complaint and this action are **DISMISSED** pursuant to 28 U.S.C. §§ 1915(g), 1915A.

3. The Clerk shall enter judgment stating: "All claims are dismissed."

4. The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g) and as malicious pursuant to 28 U.S.C. § 1915A.

5. The Clerk shall close the case.

**SO ORDERED on February 6, 2025.**

                                                           s/Mark E. Walker                
                                                           **Chief United States District Judge**